UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER LORENZO CASTELLANOS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, WARDEN,<br><br>Respondent. | No.  1:26-cv-01411-KES-SKO (HC)<br><br>**ORDER DISMISSING PETITION WITH LEAVE TO FILE FIRST AMENDED PETITION**<br><br>**[THIRTY DAY DEADLINE]** |

Petitioner is an immigration detainee proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He filed the instant petition on February 17, 2026.  The petition is written entirely in Spanish, and the Court cannot ascertain Petitioner's claims.  Therefore, the petition will be dismissed with leave to file a First Amended Petition.

**DISCUSSION**

A.      Preliminary Review of Petition

Rule 4 of the Rules Governing Section 2254 Cases allows a district court to dismiss a petition if it "plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court . . . ." Rule 4 of the Rules Governing Section 2254 Cases. The Advisory Committee Notes to Rule 8 indicate that the court may dismiss a petition for writ of

1

habeas corpus, either on its own motion under Rule 4, pursuant to the respondent's motion to dismiss, or after an answer to the petition has been filed.  Herbst v. Cook, 260 F.3d 1039 (9th Cir. 2001).

B.    Failure to State a Cognizable Federal Claim

Rule 2(c) of the Rules Governing Section 2254 Cases requires that the petition:

(1)    Specify all the grounds for relief available to the petitioner;
(2)    State the facts supporting each ground;
(3)    State the relief requested;
(4)    Be printed, typewritten, or legibly handwritten; and
(5)    Be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242.

The instant petition is deficient as it is written entirely in Spanish. The Court cannot discern any of the facts or claims contained in it. For this reason, the petition must be dismissed. Petitioner will be granted an opportunity to file a First Amended Petition curing these deficiencies.  Petitioner is advised that he should entitle his pleading, "First Amended Petition," and he should reference the instant case number.  The petition must be legible and written in English. Failure to comply with this order will result in dismissal of the action.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1)    The Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE;

2)    Petitioner is GRANTED thirty days from the date of service of this order to file a First Amended Petition.

IT IS SO ORDERED.

Dated:    **February 19, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

2