# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER LORENZO CASTELLANOS,<br>(A Number: 216-309-862)<br><br>Petitioner,<br>v.<br><br>CHRISTOPHER CHESTNUT,<br><br>Respondent. | Case No. 1:26-cv-01411-KES-EGC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT<br><br>Doc. 14 |

Petitioner Francisco Javier Lorenzo Castellano was formerly an immigration detainee. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 10, 2026, the assigned magistrate judge issued findings and recommendations that recommended the petition for writ of habeas corpus be denied as moot, as petitioner was released from immigration custody following a bond hearing. Doc. 14; *see also* Doc. 12. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within 21 days after service. On July 27, 2026, mail directed to petitioner at the California City Detention Center was returned to the Court by the United States Postal Service marked undeliverable, return to sender, not deliverable as addressed and unable to forward.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

The Court **ORDERS**:

1. The findings and recommendations, Doc. 14, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is DISMISSED as moot.
3. The Clerk of the Court is directed to terminate any deadlines and to close this case.

IT IS SO ORDERED.

Dated: August 6, 2026

UNITED STATES DISTRICT JUDGE